### FIRST NAT. BANK OF JERSEY CITY *v.* BARD.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Motion granted. The record must be corrected before reargument. See 10 N. Y. Supp. 634; ante, 688.

---

### QUINN *et al.*, Respondents, *v.* McDONALD, Appellant.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Order modified by striking therefrom the words "and the case and appeal taken herein declared abandoned," and as modified the order affirmed, with $10 costs and disbursements of appeal to be paid by respondents to appellants.

---

### PLATT, Respondent, *v.* MICKLE *et al.*, Appellants.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Order modified by requiring respondent to give security for costs.

---

### PEOPLE *ex rel.* GARDNER, Appellant, *v.* McCLAVE *et al.*, Respondents.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Further return ordered as to the production of the witnesses.

---

### ALBERTZ, Appellant, *v.* BACHE, Respondent.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Motion denied, with $10 costs. See 10 N. Y. Supp, 639.

---

### KENNEY, Respondent, *v.* OCEAN S. S. Co., Appellant.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Motion denied, with $10 costs. See 11 N. Y. Supp. 412.

---

### CLEGG, Appellant, *v.* NEW YORK NEWSPAPER UNION *et al.*, Respondents.

(*Supreme Court, General Term, First Department.* December Term, 1890.)

No opinion. Motion denied. See 4 N. Y. Supp. 280.

---

### *In re* KEAN.

(*Supreme Court, General Term, First Department.* October Term, 1890.)

No opinion. Motion for leave to go to court of appeals granted and order signed.

---

### HEYNE *v.* DOERFLER.

(*Supreme Court, General Term, Second Department.* December Term, 1890.)

No opinion. Motion denied for reargument and leave granted to appeal to court of appeals. See 10 N. Y. Supp. 908.

---

### *In re* GALL'S WILL.

(*Supreme Court, General Term, Second Department.* December Term, 1890.)

No opinion. Motion denied, with $10 costs and disbursements. See 9 N. Y. Supp. 466.